**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **DANNY "ADAN" GARZA AND GLORIA GARZA,** *Plaintiff,* | § | |
| v. | § | **CIVIL NO. ______________** |
| **STATE FARM LLOYDS,** *Defendant.* | § | |

**DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL**

Defendant STATE FARM LLOYDS (hereinafter "Defendant") files this Notice of Removal pursuant to 28 U.S.C. §1441(b) and 28 U.S.C. §1332(a).

**PROCEDURAL BACKGROUND**

1. Plaintiffs Danny "Adan" and Gloria Garza filed this case in the 79th Judicial District, Jim Wells County, Texas on June 11, 2026. The case was docketed under cause number 26-06-65762-CV (the "State Court Action").

2. State Farm was served with process on June 26, 2026.

3. State Farm timely filed its Original Answer on July 17, 2026.

4. Defendant timely files this its Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 79th Judicial District, Jim Wells County, Texas, to the United States District Court for the Southern District of Texas, Corpus Christi Division.

**NATURE OF THE SUIT**

5. This lawsuit involves a dispute over alleged non-payment or underpayment of insurance benefits in connection with a claim stemming from a storm occurring on or about May 7, 2025. *See* Plaintiffs' Original Petition at ¶¶ 11-12. Plaintiffs assert causes of action against State Farm for breach

of contract, violations of Chapters 541 and 542 of the Texas Insurance Code, common law bad faith, and knowing violations. *Id.* at ¶ ¶ 29-44.

6. Plaintiffs seek damages including actual damages, exemplary damages, treble damages, mental anguish, court costs, attorney's fees, prompt payment interest, and pre-and post-judgment interest. *Id.* at ¶ ¶ 45-51.

**BASIS FOR REMOVAL**

7. The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiffs and Defendant) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

***Diversity of Citizenship***

8. At the time the State Court Action was commenced, Plaintiffs were and still are residents and citizens of Texas. *See* Plaintiffs' Original Petition at ¶¶2-3.

9. Defendant State Farm was at the time this action was commenced, and still is, a citizen of Illinois and Arizona. *See* Affidavit of Brant Kaufmann, Exhibit 1. State Farm is a "Lloyd's Plan" organized under chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were at the time this action was commenced, and still are, all citizens and residents of Illinois or Arizona, thereby making State Farm Lloyds a citizen of Illinois and Arizona for diversity purposes. See *Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of members).

10. Because Plaintiffs are citizens of Texas and Defendant is a citizen of Illinois and Arizona, there is complete diversity of citizenship among the parties.

*Amount in Controversy*

11. The amount in controversy requirement "is met if (1) it is apparent from the face of the petition that the claims are likely to exceed $75,000, or, alternatively, (2) the defendant sets forth 'summary judgment type evidence' of facts in controversy that support a finding of the requisite amount. *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). The "summary judgment type evidence" must be provided "only when the plaintiff contests, or the court questions, the defendant's allegation" of federal jurisdiction. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89, 135 S. Ct. 547, 554 (2014). The removing party bears the initial burden of showing that federal jurisdiction exists. *E.g., Ramirez v. Allstate Vehicle & Prop. Ins. Co.*, 490 F. Supp. 3d 1092, 1112 (S.D. Tex. 2020). When the removing party carries its burden, the party resisting removal "may avoid removal by showing, to a legal certainty, that recovery will not exceed the jurisdictional threshold." *Id.* at 1113.

12. Here, it is apparent from the face of the petition that Plaintiff's claims are likely to exceed $75,000. In their Original Petition, Plaintiffs assert that they are seeking "monetary relief over $250,000 not more than $1,000,000." Plaintiff's Original Petition at Prayer.

13. Based on the foregoing, the amount in controversy threshold is met.

**REMOVAL IS PROCEDURALLY CORRECT**

14. This Notice of Removal is timely under 28 U.S.C. § 1446(b). State Farm was served with process on June 26, 2026.

15. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

16. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 2A-2D).

17. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of Defendant's Notice of Removal was promptly given to all parties and to the clerk of the 79th Judicial District, Jim Wells County, Texas.

18. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 2).

**PRAYER**

Defendant respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. Defendant also requests any additional relief for which it may show itself justly entitled.

Respectfully submitted,

*/s/ Samantha Escalón*
Samantha Escalón
Fed ID No. 3978099/State Bar No. 24135571
**RAMÓN WORTHINGTON CANTU, LLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Phone: (956) 294-4800
Facsimile: 956-928-9564
Electronic Service to:
efile@ramonworthington.com
*ATTORNEY IN CHARGE FOR DEFENDANT*

**Of Counsel:**
Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
ecantu@ramonworthington.com
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
sbosky@ramonworthington.com
**RAMÓN WORTHINGTON CANTU, LLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800
(956) 928-9564 – Fax
**Electronic Service to:**
**efile@ramonworthington.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2026 a true and correct copy of the foregoing document was served to the following:

David M. Anderson
Stephen P. Carrigan
**CARRIGAN & ANDERSON, PLLC**
101 N. Shoreline Blvd., Ste 420
Corpus Christi, Texas 78401
Tel: (361) 884-4433
Fax: (361) 884-4434
scarrigan@ccatriallaw.com
danderson@ccattriallaw.com
**ATTORNEYS FOR PLAINTIFFS**

*/s/ Samantha Escalón*
Samantha Escalón